**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Direct Motor Lines, Inc. , | ) | |
| | ) | **Chapter 11** |
| | ) | **Case No. 26-08611** |
| | ) | |
| | ) | |
| | ) | **Judge Jacqueline P. Cox** |
| Debtor | ) | |

**NOTICE OF DEBTOR'S MOTION TO MAINTAIN PREPETITION BANK ACCOUNT**

**TO: Served Upon the following parties electronically:**

Acting U.S. Trustee, Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604: ustpregion11.es.ecf@usdoj.gov;

Elisabeth M Von Eitzen, counsel for Daimler Truck Financial Services LLC, Warner Norcross & Judd LLP, 150 Ottawa Ave NW Ste. 150, Grand Rapids, MI 49503-2487: evoneitzen@wnj.com;

Arlene N Gelman, Vedder Price P.C., counsel for Siemens Financial Services, Inc., 222 North LaSalle Street 26th Floor, Chicago, IL 60601: agelman@vedderprice.com;

Martin J Wasserman, counsel for PNC Bank NA, Carlson Dash LLC, 216 S. Jefferson Street, Suite 303, Chicago, IL 60661: mwasserman@carlsondash.com;

**By US Mail:**

Bank of America Corporation, c/o Brian Moynihan, Bank of America Corporate Center, 100 North Tryon Street, Charlotte, NC 28255; and

See Attached Service List

PLEASE TAKE NOTICE that on June 2, 2026, at 1:00 pm, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, either in courtroom 680 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St, Chicago, IL 60604, or electronically as described below, and present the Debtor's Motion to Maintain Prepetition Bank Account, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.**

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID**. The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**
**David.Freydin@freydinlaw.com**

### Certification of Service

The undersigned, an attorney, certify that I transmitted a copy of this notice and the attached motion to the parties on the service list above via regular U.S. Mail with postage prepaid from the mailbox located at 10238 S. Vincennes Ave, Chicago, IL 60643 on May 26, 2026. I further certify that Adam Brief, Elisabeth M Von Eitzen, Arlene N Gelman, and Martin J Wasserman were notified via ECF notification on May 26, 2026.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**
**David.Freydin@freydinlaw.com**

Label Matrix for local noticing
0752-1
Case 26-08611
Northern District of Illinois
Eastern Division
Fri May 22 10:53:43 CDT 2026

Direct Motor Lines, Inc.
5522 Clarendon Hills Rd.
Clarendon Hills, IL 60514-1534

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Atlantic Union Equipment Finance
2475 Northwinds Pkwy
Suite 330
Alpharetta, GA 30009-4809

BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201-2035

Bigman, Inc.
5411 Elizabeth Place
Rolling Meadows, IL 60008-3842

Crossroads Equipment Finance
9385 Haven Ave
Rancho Cucamonga, CA 91730-5338

Crossroads Equipment Lease & Finance, LLC
9385 Haven Avenue
Rancho Cucamonga, CA 91730-5338

Daimler Truck Financial
PO BOX 901
Roanoke, TX 76262-0901

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Finloc
8593 State Highway 77
Oran, MO 63771-7102

Front Lane Transport, Inc.
13850 South Elotz Dr
Riverdale, IL 60827-1945

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

M & K Financial
4350 Clyde Park Ave W
Wyoming, MI 49509-4090

Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604

(p)SIEMENS FINANCIAL SERVICES INC
ATTN ATTN - STEPHANIE MITCHELL
4800 NORTH POINT PARKWAY
ALPHARETTA GA 30022-3732

Signature Bank
191 N Wacker Dr.
Chicago, IL 60606-1644

Svetlana Randle
5522 Clarendon Hills Rd.
Clarendon Hills, IL 60514-1534

Transportation Alliance Bank
4185 Harrison Boulevard, Suite 200
Ogden, UT 84403-6400

West Coast Cargo
2218 Landmeier Road
Elk Grove Village, IL 60007-2617

Westfield Express Corp
2260 Landmeier Rd
Suite E
Elk Grove Village, IL 60007-2633

Adam G. Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604-2027

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd
Suite 312
Skokie, IL 60077-2281

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

De Lage Landen Financial Services,
PO BOX 41602
Philadelphia, PA 19101-1602

Siemens Financial
170 Wood Avenue
Iselin, NJ 08830

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Daimler Truck Financial Services USA LLC

(u)PNC Bank, National Association

(u)Siemens Financial Services, Inc.

(u)Santander
Santander Way
95 Amaral St.
DC 20291-5000

End of Label Matrix
Mailable recipients   22
Bypassed recipients    4
Total                 26

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re: Direct Motor Lines, Inc.** | ) | |
| | ) | **Chapter 11** |
| | ) | **Case No. 26-08611** |
| | ) | |
| | ) | |
| | ) | **Judge Jacqueline P. Cox** |
| **Debtor** | ) | |

## DEBTOR'S MOTION TO MAINTAIN PREPETITION BANK ACCOUNT

Direct Motor Lines, Inc.  ("Debtor"), pursuant to 11 U.S.C. §§ 105 and 363, moves this

Court (the "Motion") for entry of an order authorizing Debtor to maintain an existing bank

account.  In support of the Motion, the Debtor states as follows:

### JURISDICTION

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

2.      The Debtor is a corporation and intends to use its disposable monthly income to

fund a chapter 11 plan for the benefit of creditors.

### A.  The Bank Account

3.      Debtor filed bankruptcy on May 19, 2026 (the "Petition Date"). Prior to the

Petition Date, Debtor maintained a checking account (the "BOA Account") with Bank of

America ("BOA") ending in #9971 (the "BOA Account") in the ordinary course of business. The

balance of the BOA Account was approximately $1,350.00 on the Petition Date.

4.      The Debtor requests permission to maintain the BOA Account notwithstanding

the United States Trustee's requirement that existing bank accounts be closed and new post-

petition bank accounts be opened.  If enforced in this case, such requirements are unduly burdensome for a small business.

5.      The Debtor's principal has been unable to secure a proper DIP account. The creditors in this case are better served if Debtor's principal directs efforts to running the business instead of searching for a banker offering a particular kind of account.

6.      Further, BOA is a nationally recognized, large banking institution with FDIC insurance of $250,000.00 per account. The BOA Account will never have anywhere near $250,000.00 so any balance would be fully insured.

7.      The Debtor does not issue checks from the BOA Account. Further, no pre-petition expenses have been paid with the BOA Account; all previously authorized payments posted before the Petition Date. There is therefore no risk of any prepetition authorizations or bills crossing into Debtor's post-petition operations.

8.      To avoid delays in post-petition payments and to ensure minimally disruptive transition into chapter 11, Debtor respectfully requests permission to maintain the BOA Account. Subject to a prohibition against honoring prepetition checks without specific authorization from this Court, the Debtor requests that this Honorable Court deem the BOA Account a debtor-in-possession account and authorize its maintenance and continued use.

## **NOTICE**

9.      The Debtor has sent at least seven (7) days' written notice of this Motion to the United States Trustee and all other parties requesting notice of pleadings by CM/ECF.  The Debtor believes that further notice would be of no benefit under the circumstances.

**WHEREFORE**, Direct Motor Lines, Inc. respectfully asks that this Court enter an order substantially in the form accompanying the Motion and for such other further relief as the Court deems just.

**May 26, 2026,**                                          **Direct Motor Lines, Inc.**

                                                           By: /s/David Freydin
                                                           Counsel for Debtor


David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
*Bankruptcy Counsel for the Debtor*